UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE WILSON,

                Plaintiff,

                -against-

ASSISTANT DISTRICT ATTORNEY RICHARD
FARRELL, et al.,

                Defendants.

25-CV-10357 (AS)

ORDER DENYING IFP APPLICATION

ARUN SUBRAMANIAN, United States District Judge:

Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed, within 30 days of the date of this order, either (1) to pay $405.00 in fees – a $350.00 filing fee and a $55.00 administrative fee;[1] or (2) to file an amended IFP application with more complete information showing that Plaintiff is unable to pay such fees. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

SO ORDERED.

Dated:   December 30, 2025
         New York, New York

                                   ARUN SUBRAMANIAN
                                United States District Judge

---

[1] Payment of the fees can be mailed to the following address: United States District Court for the Southern District of New York, Cashiers-Room 260, 500 Pearl Street, New York, NY 10007. Payment by mail must (1) be made by money order or certified check; (2) be made payable to: Clerk, USDC, SDNY; and (3) include the docket number listed above. Personal checks are not accepted. Payment of the fees also can be made in person at the courthouse by credit card, money order, certified check, or cash.